| | |
|---|---|
| DEFENDANT: | JAMES MONTOYA |
| AGE/YOB: | 54 / 1970 |
| COMPLAINT FILED? | _____ Yes     \_\_\_X\_\_\_ No |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_\_\_\_ Yes     \_\_X\_\_ No |
| OFFENSE(S): | Counts 1 - 8: 18 U.S.C. § 1343 – Wire Fraud |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | Counts 1 - 8: NMT 20 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment |
| AGENT: | Special Agent Laura Hast, U.S. Department of the Interior, Office of Inspector General |
| AUTHORIZED BY: | Sonia J. Dave<br>Special Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

\_\_\_X\_\_\_ five days or less; \_\_\_ over five days

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

\_\_\_X\_\_\_ will not seek detention.

The statutory presumption of detention is not applicable to this defendant.